DOROTHY A. PROTHERS, Respondent, v. HAROLD PROTHERS, Appellant.— Respondent was awarded a separation from appellant by a judgment dated January 16, 1953. The order appealed from, dated December 10, 1953, adjudged appellant in contempt of court for having failed to pay alimony *pendente lite*, required him to furnish security and to pay a counsel fee. Order modified by striking therefrom the first six ordering paragraphs and, as so modified, the order is affirmed, without costs. Enforcement by contempt proceedings of an order providing for alimony *pendente lite* is not permitted after entry of final judgment in the action. (*Mittman* v. *Mittman,* 263 App. Div. 384.) Under the circumstances, the furnishing of security should not have been ordered. Nolan, P. J., Adel, Wenzel, MacCrate and Murphy, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK GROSS, Appellant.— Defendant appeals from a judgment of the County Court, Kings County, convicting him, after trial, of the crime of perjury in the second degree (Penal Law, § 1620-b) and from the sentence imposed. Judgment unanimously affirmed. No opinion. No separate appeal lies from the sentence which has been reviewed on the appeal from the judgment of conviction. Present — Adel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUSTAV ZURAK, Also Known as ALBERT RINALDO, Appellant.— Defendant appeals from an order of the County Court, Westchester County, denying, after a hearing, his motion in the nature of a writ of error *coram nobis* to vacate and set aside a judgment of said court rendered on October 20, 1942, convicting him, on his plea of guilty, of the crime of attempted grand larceny in the second degree. Defendant also appealed from the denial of the motion. Order affirmed. In our opinion the proof, credited by the trial court, shows that appellant was advised of his right to counsel on arraignment and that there was no violation of his constitutional rights. (Cf. *People* v. *Crimi,* 278 App. Div. 997, affd. 303 N. Y. 749; and *People* v. *Martine,* 278 App. Div. 966, affd. 303 N. Y. 789.) No separate appeal lies from the denial of the motion, which has been reviewed on the appeal from the order. Nolan, P. J., Adel, Wenzel, MacCrate and Murphy, JJ., concur.

■

FRANK M. WELLS, Respondent, v. ELITE SALES CORPORATION, Appellant. (Action No. 1.) ELITE SALES CORP., Appellant, v. FRANK M. WELLS, Respondent. (Action No. 2.) — Appeals by Elite Sales Corp., defendant in Action No. 1 and plaintiff in Action No. 2, from part of a resettled order, dated November 2, 1953, granting an examination before trial as to certain items, and from part of an order, on reargument, dated December 10, 1953, consolidating said actions. The original orders are also appealed from. Orders dated November 2, 1953, and December 10, 1953, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Appeals from original orders dismissed, without costs. Nolan, P. J., Adel, Wenzel, MacCrate and Murphy, JJ., concur.